# Court of Appeals
# of the State of Georgia

ATLANTA, <u>November 29, 2012</u>

*The Court of Appeals hereby passes the following order:*

**A13A0484.  LINDA C. BULLOCK v. HOMEQ SERVICING CORP., f/k/a TMS MORTGAGE, INC., d/b/a THE MONEY STORE, et al.**

HomEq Servicing Corporation, et al., filed an action against Linda Bullock, et al., seeking to recover on a promissory note.  In March 2009, the trial court stayed the proceedings in light of Bullock's bankruptcy case.  On September 4, 2012, the trial court entered an order lifting that stay.  Bullock then filed this appeal.

Our review of the record indicates that this case remains pending in the trial court.  Accordingly, Bullock was required to follow the interlocutory appeal procedures to obtain immediate review of the September 4 order.  See OCGA § 5-6-34 (b); *Miller v. Miller*, 282 Ga. 164, 165 (646 SE2d 469) (2007); *Northen v. Mary Anne Frolick & Assoc.*, 235 Ga. App. 804, 806 (1) (510 SE2d 122) (1998).  Her failure to do so deprives this Court of jurisdiction, and the appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* <u>11/29/2012</u>
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____ *, Clerk.*